**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Gloria Kim,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Gogi1 Inc and Jun Ho Moon,<br><br>　　　　　Defendants, | Index No. 23-cv-8161<br><br>**NOTICE OF ACCEPTANCE** |

　　　　Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Gloria Kim hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated May 16, 2024, and annexed hereto as **Exhibit A**.

Dated: May 17, 2024.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Ryan Kim, Esq.
　　　　　　　　　　　　　　　　　　　Ryan Kim Law, P.C.
　　　　　　　　　　　　　　　　　　　222 Bruce Reynolds Blvd. Suite 490
　　　　　　　　　　　　　　　　　　　Fort Lee, NJ 07024
　　　　　　　　　　　　　　　　　　　Tel.: (718) 573-1111
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Younghoon Ji, Esq.
Ahne & Ji, LLP
45 East 34th Street, 5th Floor
New York, New York 10016
Email: yji@ahnejillp.com

By: _____
     Ryan Kim, Esq.

     Ryan Kim Law, P.C.
     222 Bruce Reynolds Blvd. Suite 490
     Fort Lee, NJ 07024
     Tel.: (718) 573-1111
     *Attorney for Plaintiff*