UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gloria Kim,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Gogi1 Inc and Jun Ho Moon,<br><br>　　　　　　Defendants, | Index No. 23-cv-8161<br><br>**[PROPOSED]**<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Gogi1 Inc and Jun Ho Moon (collectively, "Defendants"), having offered to allow Gloria Kim ("Plaintiff") to take a judgment against them, in the sum of Thirty-Seven Thousand Five Hundred Dollars and No Cents ($37,500.00), with respect to Plaintiff's claims for relief, damages, fees, expenses, disbursements, and attorneys' fees incurred in this action in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 16, 2024, and filed as Exhibit A to Docket Number 24;

**WHEREAS**, on May 17, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 24);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Gloria Kim, in the sum of Thirty-Seven Thousand Five Hundred Dollars and No Cents ($37,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 17, 2024, and filed as Exhibit A to Docket Number 24.

Dated: _____, 2024
       New York, New York

                                                  _____
                                                   Margaret M. Garnett
                                                   United States District Judge